IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT MURPHY**,   )<br>                                  )<br>          Plaintiff,    )<br>                                  )   Civil Action No. 18-CV-1478 (JDB)<br>**v.**                            )<br>                                  )<br>**DISTRICT OF COLUMBIA**,  )<br>                                  )<br>          Defendant.   )<br>_____)  | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff, Robert Murphy, by and through undersigned counsel, and respectfully moves this Honorable Court for leave to file an Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Plaintiff's proposed Amended Complaint merely seeks to clarify the factual basis for the claims contained within Plaintiff's original Complaint, and does not include any new causes of action. This Court should grant Plaintiff's motion because it is brought in good faith, will not prejudice Defendant, District of Columbia, and is not futile. Plaintiff sought the consent of Defendant prior to filing this motion, and Defendant does not take a position on Plaintiff's requested relief. Attached is a copy of Plaintiff's Amended Complaint.

Rule 15 of the Federal Rules of Civil Procedure states that "leave shall be freely given" to allow the plaintiff an opportunity to cure a defect or otherwise clarify a pleading. Fed. R. Civ. P. 15(a); *see Forman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962). "Although the grant or denial of leave to amend is committed to a district court's discretion, it is an abuse of discretion to deny leave to amend unless there is sufficient reason, such as 'undue delay, bad faith or dilatory motive . . . repeated failure to cure deficiencies by previous amendments . . . or futility of amendment.' " *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C.

1996) (citing *Forman*, 371 U.S. at 182, 83 S.Ct. at 230). None of these three exceptions apply here.

In this particular instance, in the interest of judicial economy and clarifying the claims before this Court, as per Defendant's pending Motion to Dismiss, Plaintiff seeks in good faith to more artfully and clearly state the legal and factual predicate for its claims. In this regard, Plaintiff has determined to clarify the factual basis for its federal and state law Family Medical Leave Act claims by including more specific allegations pointing to willful and intentional conduct on the part of Defendant. Additionally, Plaintiff has clarified its Title VII and DCHRA retaliation claims. It is important to note that Plaintiff has not included any new causes of action. Plaintiff has, however, provided this Court and Defendant with a significant basis upon which the parties can engage in meaningful discovery and fully engage the claims on their merits. As such, there should be little to no prejudice to Defendant.

WHEREFORE, for the above stated reasons Plaintiff's Motion for Leave to Amend should be granted.

**DATED:** October 9, 2018

Respectfully submitted,

  */s/   Donald M. Temple*
Donald M. Temple, Esq. [408749]
1310 L Street, N.W., Suite 750
Washington, D.C. 20005
Tel: (202) 628-1101
Fax: (202) 628-1149
dtemplelaw@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT MURPHY**, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 18-CV-1478 (JDB) |
| v. | ) |
| **DISTRICT OF COLUMBIA**, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Plaintiff's Motion for Leave to File Plaintiff's Amended Complaint, it is by the Court this _____ day of _____, 2018,

**ORDERED** that the said Motion for Leave to File Plaintiff's Amended Complaint is hereby **GRANTED.**

_____
Judge

Copies to:

Counsel of Record