UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MURPHY, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    No. 18-cv-1478 (JDB) |
| DISTRICT OF COLUMBIA, | ) ) ) |
|     Defendant. | ) |

**DEFENDANT DISTRICT OF COLUMBIA'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

On October 9, 2018, Plaintiff filed a motion for leave to amend the Complaint. Plaintiff's amendment does not cure the deficiencies set forth in the District's partial motion to dismiss the Complaint, and accordingly, the District intends to file a motion to dismiss should the Court grant leave to amend. The District takes no position on Plaintiff's motion and defers to the Court as to whether Plaintiff is entitled to leave to amend.

Dated: October 23, 2018

                                                             Respectfully Submitted,

                                                              KARL A. RACINE
                                                              Attorney General for the District of Columbia

                                                              GEORGE C. VALENTINE
                                                              Deputy Attorney General
                                                              Civil Litigation Division

                                                              */s/ Sarah L. Knapp*
                                                              SARAH L. KNAPP [470008]
                                                              Chief, Civil Litigation Division Section III

                                                              */s/ Christina Okereke*
                                                              CHRISTINA OKEREKE [219272]
                                                              Assistant Attorney General

441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 727-5173 (Telephone)
(202) 715-7767 (Fax)
christina.okereke@dc.gov

*Counsel for Defendant*