EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | [X] FEPA [ ] EEOC | 15-889-DC (CN) 10C-2015-00807 |

D.C. Office of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Robert W. Murphy ( [redacted] ) | [redacted] | N/A |

Street Address [redacted] City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than one, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| District of Columbia Government-DOC | 500+ | 202-673-7316 |

Street Address: 2000 14th Street, N.W., 7th Floor, Washington, D.C. 20009

DISCRIMINATION BASED ON *(Check appropriate box(es).)*
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [X] OTHER *(specified below)*
D.C. Family and Medical Family Leave Act

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05/2015    Latest: 06/24/2015
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired by Respondent on March 26, 1990, as a Correctional Officer. Subsequently, I received a few promotions and at the time of my termination, I was a Lieutenant. I believe that I have been discriminated against in the terms, conditions, and privileges of employment based on my Disability, D.C. Family and Medical Leave Act and Retaliation for participating in a protected activity for the following reasons:

**Interference with FML**

In January 2015, I made Respondent aware of my diagnosed disability. In May 2015, my doctor and I submitted a FML application to the Respondent. Respondent did not respond with either an approval or denial of my FML application. My spouse inquired several times emails and telephone calls about the status of my FML. Respondent did not respond to her emails and phone messages.

On June 18, 2015, I telephoned the Respondent and reported that I would not be coming to work due to a personal illness. I was hospitalized on the same day and on June 19, 2015; I was released and told to follow up with my primary care physician. On June 22, 2015, my primary care physician recommended close monitoring of my medical condition and to apply for FML. My primary care physician's office team facsimiled a letter to the Respondent informing them of my medical condition and to be placed on FML. Again, the Respondent did not respond to my request for FML.

**Discharge based on Sex, Retaliation**

My spouse is a witness in a "sexual harassment suit" filed against the Respondent. On June 22, 2015, her affidavit was read during a disposition. On June 24, 2015, the Director of Internal Affairs and an Internal Affairs Officer arrived at my home and informed me that they were instructed by the Agency Director to issue me termination of employment paperwork. I contend the Respondent's decision to terminate my employment was retaliation for my domestic partner/fiancé's testimony.

Therefore, I charge Respondent with unlawful discriminatory acts in violation of Americans with Disabilities Act of 1990, as amended, Title VII of the Civil Rights Act of 1964, as amended, D.C. Family and Medical Leave Act of 1990, as amended, and the D.C. Human Rights Act of 1977, as amended. I have not commenced any other action civil, criminal or administrative, based on the above allegations, other than the instant Charge of Discrimination that has been cross-filed with the EEOC.

CONFIDENTIAL

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Aug 13, 2015<br>Date     Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br>8/13/15 |

EVELIN M. ARGUETA
NOTARY PUBLIC
District of Columbia
My commission expires: Jan. 14, 2020



CONFIDENTIAL