UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT MURPHY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>**Defendant.** | **1:18-cv-1478 (JDB)** |

## JOINT STATUS REPORT

At the December 1, 2020 Status Conference, the Court ordered the parties to file a joint status report indicating where matters stand on discovery by January 7, 2021. Later that day, undersigned counsel for Defendant District of Columbia (the District) contacted counsel for Plaintiff by email inquiring about scheduling deposition dates. Undersigned counsel for the District followed up on that email twice, most recently on January 4, 2021. Late this afternoon, Counsel for Plaintiff informed counsel for the District that he has conferred with Plaintiff regarding his and his wife's availability to be deposed. Counsel for Plaintiff has encountered significant scheduling difficulties due to the ongoing pandemic, as well as Plaintiff's serious medical concerns. In addition, since the Status Conference, on December 3, 2020, Counsel for Plaintiff's brother transitioned. During that time Counsel for Plaintiff became ill attributed to Covid-19 which illness substantially debilitated him for several weeks. Consequently, no discovery progress has been made since the December 1, 2020 Status Conference, and Plaintiff may seek an additional extension of time to complete discovery.

The District intends to depose Plaintiff and his wife, Ja'net Sheen. The District has noticed Plaintiff's deposition for January 21, 2021 and Ms. Sheen's deposition for January 26,

2021.  Counsel for Plaintiff intends to depose Plaintiff's former supervisor, as well as a 30(b)(6) representative for the Agency and is in the process of scheduling dates.

Date:  January 7, 2021                                   Respectfully submitted,

                                                                         KARL A. RACINE
                                                                         Attorney General for the District of Columbia

                                                                         CHAD COPELAND
                                                                         Deputy Attorney General
                                                                         Civil Litigation Division

                                                                         */s/ Christina Okereke*
                                                                         CHRISTINA OKEREKE [219272]
                                                                         Chief, Civil Litigation Division Section II

                                                                         /s/ *Aaron Finkhousen*
                                                                         AARON FINKHOUSEN [1010044]
                                                                         Assistant Attorney General
                                                                         441 Fourth Street, N.W.
                                                                         Suite 630 South
                                                                         Washington, D.C. 20001
                                                                         (202) 724-7334
                                                                         (202) 730-0492 (fax)
                                                                         aaron.finkhousen@dc.gov

                                                                         *Counsel for Defendant District of Columbia*