UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MURPHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 18-cv-1478 (JDB) |

**PLAINTIFF'S EXPERT WITNESS DISCLOSURES**

COMES NOW Plaintiff, by and through the undersigned counsel, and makes these initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure pertinent to any opinion rendered regarding the following treating physician's treatment and diagnosis of Plaintiff.

Dr. Chike G. Onwuka, MD
Clinton Primary Care
9135 Piscataway Rd Ste 420
Clinton, MD, 20735

DATED: June 23, 2021

Respectfully submitted,

*/s/ Donald M. Temple*
Donald M. Temple, Esq. [408749]
1310 L Street, N.W., Suite 750
Washington, DC 20005
tel: (202) 628-1101
fax: (202) 628-1149
dtemplelaw@gmail.com
*Attorney for Plaintiff*