UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT MURPHY,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**THE DISTRICT OF COLUMBIA,**<br><br>   **Defendant.** | **1:18-cv-1478 (JDB)** |

### STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The District of Columbia (the District) provides the following statement of material facts as to which there is no genuine dispute in support of its motion for summary judgment pursuant to Fed. R. Civ. P. 56.

1. Plaintiff Robert Murphy was employed as a Lieutenant in the D.C. Department of Corrections.  Ex. 1, June 11, 2015 Request for Termination

**Plaintiff's April 2015 Request for FMLA Leave**

2. In April 2015, Plaintiff went to his doctor after having a heart attack.  Ex. 11, Deposition of Plaintiff Robert Murphy, Feb. 3, 2021 (Pl.'s Dep.) 20:9-21:1.

3. On April 2, 2015, Plaintiff's fiancée, Ja'net Sheen, submitted a request for extended leave under the FMLA to the Department of Corrections (DOC) on his behalf.  Ex. 2, Apr. 2, 2015 FMLA Request; Ex. 11, Pl.'s Dep. 22:22-23:19.

4. Plaintiff's doctor did not submit the necessary medical certification supporting Plaintiff's FMLA request until July 1, 2015, when he faxed it to DOC.  Ex. 3, July 1, 2015 Fax.

5. Plaintiff was aware that he needed to submit the physician's portion of the FMLA leave request for the request to be processed.  Ex. 11, Pl.'s Dep. at 41:7-16; 51:16-52:9.

6. Plaintiff returned to work after the April 2015 consultation. Ex 11, Pl.'s Dep. 27:6-12.

**Events Preceding Plaintiff's Termination**

7. On May 12, 2015, Plaintiff received a letter of counseling from his supervisor, Major Joseph Pettiford, because he used the terms "bitches and motherfuckers" when speaking with inmates. Ex. 8, May 12, 2015 Written Reprimand.

8. Although Plaintiff claims he did not direct the terms at any particular individual, he nonetheless admits to using the language. Ex 11, Pl.'s Dep. 35:5-21; Ex. 8 at 1.

9. On June 11, 2015, corrections officer Angela Walker submitted an internal complaint about Plaintiff's conduct toward her. Ex. 9, Walker Statement.

10. Walker reported that during her shift on June 11, 2015, her supervisor, Sergeant Bernard Bryan, ordered her to perform two tasks in a manner contrary to her post orders and training. Ex. 9, Walker's Statement, at 1-2; Ex. 4, Log Book Entry at 1.

11. Walker reported the violations to Plaintiff, the zone lieutenant and Sergeant Bryan's supervisor. Ex. 9 at 2.

12. Plaintiff then met with Walker to discuss her concerns. *Id.*

13. Walker reported that during their conversation, Plaintiff told her "Fuck the Deputy Warden" and made other disparaging remarks about the Deputy Warden. Ex. 9 at 3.

14. Walker also reported that Plaintiff told her that "cussing and disrespect was the norm" among officers at the D.C. Jail. Ex. 9 at 3.

15. According to Walker, Plaintiff then began to ask her personal questions. Ex. 9 at 4-5.

16. Walker reported that Plaintiff asked her, "[A]re you a dom or a femme?" *Id.* at 4.

17. Plaintiff admits that he asked Walker whether she was "a dom or a femme." Ex. 11, Pl.'s Dep. 77:15-17.

18. After the conversation, Walker reported Plaintiff's inappropriate conduct up the chain of command and completed a written report. Ex. 9 at 5.

**Plaintiff's Termination**

19. On June 11, 2015, Pettiford, Plaintiff's supervisor, submitted a written request for Plaintiff's termination. Ex. 1, Request for Termination.

20. His request to terminate Plaintiff was based on Walker's report of Plaintiff's inappropriate conduct toward her, which he noted violated DOC's "'zero tolerance policy' toward sexual harassment." *Id.* at 2.

21. Pettiford also noted that Plaintiff's instruction to Walker to accept disrespectful behavior by corrections officers "demonstrated that he will not serve as a 'change agent.'" *Id.*

22. Pettiford also noted Plaintiff's May 12, 2015 letter of counseling, which Pettiford believed "illustrates [Plaintiff's] unwillingness to change this behavior and support the team's efforts in becoming a benchmark corrections agency." *Id.*

23. On June 18, 2015, the D.C. Department of Human Resources approved the request to terminate Plaintiff's employment. Ex. 6, June 18, 2015 DCHR Approval.

24. On June 19, 2015, DOC issued Plaintiff's letter of termination signed by DOC Director Thomas Faust. Ex. 7, June 19, 2015 letter of termination.

25. Because Plaintiff was out on sick leave, DOC employees served him with the termination letter at his home, on June 24, 2015. Ex. 7 at 3; Ex. 11, Pl.'s Dep. 84:9-21.

**Sheen's Deposition Testimony in Litigation Against Pettiford**

26. Sheen was deposed in a sexual harassment lawsuit filed against Pettiford. Ex. 11, Pl.'s Dep. 124:1-124:15; Ex. 12, Sheen Feb. 4, 2021 Dep. 13:10-19.

27. Sheen's deposition took place on August 20, 2015. Ex. 13, Aug. 20, 2015 Sheen Dep at 1.

**Plaintiff's Administrative Proceedings Before the D.C. Office of Human Rights (OHR)**

28. Plaintiff brought his District of Columbia Human Rights Act (DCHRA) claims before OHR. Ex. 10.

29. On September 12, 2016, OHR issued a probable cause determination. *Id.* at 27.

30. Among the issues addressed were whether the District terminated Plaintiff in violation of the DCHRA. *Id.* at 2.

Date:  September 24, 2021            Respectfully submitted,

                                     KARL A. RACINE
                                     Attorney General for the District of Columbia

                                     CHAD COPELAND
                                     Deputy Attorney General
                                     Civil Litigation Division

                                     */s/ Christina Okereke*
                                     CHRISTINA OKEREKE [219272]
                                     Chief, Civil Litigation Division Section II

                                     */s/ Aaron J. Finkhousen*
                                     AARON J. FINKHOUSEN [1010044]
                                     Assistant Attorney General
                                     400 6th Street, NW
                                     Washington, D.C.  20001
                                     (202) 724-7334
                                     (202) 730-0493 (fax)
                                     aaron.finkhousen@dc.gov

                                     *Counsel for Defendant District of Columbia*