# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS



## MEMORANDUM

**TO:** Thomas Faust
Director

**THROUGH:** Toni Perry
Deputy Director

William J. Smith
Warden

Lennard Johnson
Deputy Warden

**FROM:** Joseph N. Pettiford
Major

**DATE:** June 11, 2015

**SUBJECT:** Request for Termination

**REF:** Lieutenant Robert Murphy

---

This correspondence is generated to request the termination of Management supervisory Service (MSS) Employee, Lieutenant Robert Murphy for inappropriate behavior and conduct.

Specifically, on Thursday, June 11, 2015 at approximately 4:30 p.m., Sergeant Sherry Savoy informed me that she had been advised of some inappropriate behavior by a member of my Supervisory staff. According to Sergeant Savoy, Probationary Officer, Angela Walker told her that Lieutenant Robert Murphy said some things to her that she felt were inappropriate. Sergeant Savoy went on say that Lieutenant Murphy made inquiries to Officer Walker about her sexual preference. I instructed Sergeant Savoy to have Officer Walker report to the office. Officer Walker had departed for the day.

18-cv-1478 - DC - 000212

However, I was able to contact her at home and have return to duty so that I could get an accurate of the alleged incident(s).

Upon Officer Walker's return, she began to explain how she called for her Zone Supervisor, Lieutenant Murphy, to lodge a complaint against her unit Sergeant, Bernard Bryan. Sergeant Bryan had given Officer Walker instructions to follow that were clearly against policy. While giving the instructions, Sergeant Bryan became loud and boisterous. In an effort to quell the situation, Officer Walker followed the Sergeant's instructions and logged in the unit logbook.

Upon Lieutenant Murphy's arrival, Officer Walker thought that she would receive the calming reassurance of someone in authority that this type of behavior was unacceptable and would be addressed immediately. Instead Lieutenant Murphy began to tell Officer Walker that the Sergeant's tone was acceptable and the violation of policy is "how we do business around her." Lieutenant Murphy instructed Officer Walker to conform to the way that they do business and "fuck" what the Deputy Warden says. Later into the conversation, Lieutenant Murphy asked Officer Walker if she was a "fem" or a "dom." Officer Walker took offense and terminated the conversation to the extent that she didn't say anything else.

Lieutenant Murphy's actions are unacceptable and counterproductive to the agency's Culture-Change Initiative. By instructing subordinate staff to conform to the way he and his cronies do business and disregard what the management staff has to say, Lieutenant Murphy has demonstrated that he will not serve as a 'change agent." Moreover, in keeping with the agency's "zero tolerance policy" towards sexual harassment, Lieutenant Murphy's comment about Officer Walker's sexual preference cannot go devoid of action.

It should be noted that Lieutenant Murphy received a Letter of Counseling on May 12, 2015 about Professionalism. That particular instance was directed toward the inmate population. However, it illustrates Lieutenant Murphy's unwillingness change this behavior and support the team's efforts in becoming a benchmark corrections agency. Therefore, I respectfully request that Lieutenant Murphy be terminated from his position as Supervisory Correctional Officer with the D.C. Department of Corrections.