June 11, 2015

*829 nm — Sgt Bryan informed me, Ofc Walker to not abide by sally port principal and open the control module along with the two gate open — AW
AW

1035 | LT. Murphy enters unit

*1120a | LT. Murphy exits unit