# CLINTON PRIMARY CARE CENTER

9135 PISCATAWAY ROAD, SUITE 420
CLINTON, MD 20735

TEL. NO.: 301 868 2555                         FAX NO.: 301 868 2933

June 22, 2015

**To Whom It May Concern:**

This is to certify that **Mr. Robert Murphy** was seen in my office today. He is still undergoing close monitoring. Kindly excuse him from work starting today until next evaluation on Monday, July 6th. He will be evaluated for clearance to return to work then.

For any concerns regarding this matter, you can contact our office from the address and numbers above.

Thank you.

Sincerely,

*[signature]*

RASHEED ABASSI, M.D.
Internal Medicine