**Shell, Denise (DOC)**

| | |
|---|---|
| **From:** | Kirby, Karla (DCHR) |
| **Sent:** | Thursday, June 18, 2015 4:41 PM |
| **To:** | Shell, Denise (DOC) |
| **Cc:** | Harvey, Laverne |
| **Subject:** | RE: MSS Termination- R. Murphy |

Approved

Karla Kirby
(202) 442-9680 (direct)
(202) 442-9600 (main)
karla.kirby@dc.gov


-----Original Message-----
From: Shell, Denise (DOC)
Sent: Thursday, June 18, 2015 3:12 PM
To: Kirby, Karla (DCHR)
Cc: Harvey, Laverne
Subject: MSS Termination- R. Murphy


The attached Request for Authorization to Terminate Robert Murphy, Supervisory Correctional Officer from the Management Supervisory Service is submitted for your review and approval.  Thank you


Denise "Toni" Shell
Management Liaison Specialist
DC Department of Corrections
Office of Human Resource Management
2000 14th Street NW-7th Floor
Washington, DC  20009
denise.shell@dc.gov
202-671-2110 (Desk)
202-671-2131 (Office)
202-441-2613 (cell)

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient, please notify the sender by reply and destroy all copies (electronic or otherwise) of the original message.  Thank you.