# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS



**Office of the Director**

June 19, 2015

Robert Murphy
4988 Keppler Rd.
Temple Hills, Maryland 20748

Dear Mr. Murphy:

In accordance with section 3813 of Chapter 38 of the D.C. personnel regulations, Management Supervisory Service, this constitutes a notice of at least 15 days of the termination of your Management Supervisory Service appointment as Supervisory Correctional Officer, MS-0007-11, with the D.C. Department of Corrections for non-disciplinary reasons. Your termination from District government service will be effective close of business on Friday, July 10, 2015. As you know, appointments to the Management Supervisory Service are at-will; therefore this termination action is neither grievable nor appealable.

Effective today, you will be placed on administrative leave during this notice period. While on administrative leave you will continue to be paid at your current rate of pay and will accrue both annual and sick leave. During this period of Administrative Leave, you are prohibited from entering any Department of Corrections facility without prior approval from a Department of Corrections Official.

You are eligible to receive payment for any unused annual leave. Terminal annual leave is disbursed as a separate lump sum payment with the standard deductions for applicable taxes and withholdings. You may be eligible to receive severance pay in accordance with D.C. Official Code § 1-609.54(b) and Chapter 11 of the regulations, Compensation. Severance pay is payable at the same pay period intervals as if you were still employed; and the payments are subject to deduction only of federal and District of Columbia or state income taxes and, if applicable, FICA tax (social security).

You are to immediately return all building keys, office keys, security badge(s), pass cards(s), cell phone(s), laptop computer(s) and any government property issued to you as a District government employee. This includes all District government paper-based or computer-

Letter to Robert Murphy
Notice of Termination – MSS
Page 2

based documents contained on computer disks, hard drives, storage drives, and on any other type of electronic media containing such documents in your possession.

Please contact the DC Office of Human Resources on (202) 442-9700 to schedule an exit interview appointment to obtain information regarding severance pay and other benefits, etc. For your reference and appropriate action, enclosed is a *Notification* with general information on Temporary Continuation of Coverage ("TCC") (health benefits).

I would like to take this opportunity to thank you for your service to the residents of the District of Columbia and the Department of Corrections.

Sincerely,

Thomas Faust
Director

Enclosure

## ACKNOWLEDGEMENT OF RECEIPT
(MSS Termination- Robert Murphy)

Robert Murphy                                                    6/24/15
Employee's Name (Print)                                          Date

*[signature: Robert W. Murphy]*                                  6/24/15
Employee's Signature                                             Date

*[signature]*                                                    6/24/15
Issued By:                                                       Date

*[signature]*                                                    6/24/15
Witnessed By:                                                    Date

18-cv-1478 - DC - 000139