## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS



### MEMORANDUM

| | |
|---|---|
| TO: | Robert W. Murphy<br>Lieutenant |
| FROM: | Joseph N. Pettiford<br>Major |
| DATE: | May 12, 2015 |
| SUBJECT: | Letter of Counseling |
| RE: | Inappropriate Behavior |

In accordance with the District Personnel Manual (DPM) this constitutes an Official Letter of Counseling advising you about specific deficiencies regarding your assignment as the Zone Two (2) Supervisor. This action is based on your inappropriate behavior (use of profanity) towards the inmate population.

Specifically, on Friday, May 8, 2015 at approximately 1:02 p.m., I received an electronic mail (email) from Classification and Parole (C&P) Officer, Eric Tagne. Mr. Tagne indicated that he received numerous (15) Inmate Grievances stating that you entered Southeast Two (2) and utilized profane language while addressing the inmate population. Mr. Tagne admitted that he was not present during the alleged exchange. However, some of the grievance forms state that you referred to the inmates as "bitches and motherfuckers." During a brief interview, you acknowledged the use of those terms. However, you clarified that the terms were not directed at any individual.

Robert W. Murphy
Letter of Counseling
May 12, 2015

As a Supervisory Correctional Officer (Lieutenant) and a veteran of this agency, you are expected to comport yourself in a professional manner at all times. You actions are not consistent with the Director's vision of becoming an benchmark agency by serving with Pride, Professionalism and Passion. You did not exercise due diligence.

Future violations of this nature will be dealt with in a more severe manner.

_Robert W. Murphy_ / May 12, 2015
Employee's Name / Date

_Capt Vinyard_ / 5-12-15
Issuing Official / Date

_____ / _____
Witnessed By / Date

C:  Employee Training Folder
    File