U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

+ + + + +

_____
                              :
IN THE MATTER OF:             :
                              :
ROBERT MURPHY,                :
                              :
          Plaintiff           :
                              :
    v.                        : Civil Action No.
                              : 1:18-cv-1478 (JDB)
DISTRICT OF COLUMBIA,         :
                              :
          Defendant           :
                              :
_____:

            Wednesday,
            February 3, 2021

            Via Videoconference


DEPOSITION OF:


            ROBERT MURPHY


called for examination by Counsel for the

Defendant, pursuant to Notice of Subpoena, when

were present on behalf of the respective parties:

1          MR. FINKHOUSEN:  Yeah.  Have you --

2     have the doctors given you an idea of what a path

3     to recovery might look like?  Or if there is one?

4          Or what the future might hold based on

5     your medical conditions?

6          MR. MURPHY:  I need a kidney.  I need

7     to have a kidney transplant.  And my heart, they

8     -- it's -- they won't allow me to work right now

9     because of my heart condition.

10          BY MR. FINKHOUSEN:

11     Q     Okay.  Are you currently collecting

12     Social Security disability benefits?

13     A     Yes.

14     Q     And when did you start collecting

15     those benefits?

16     A     July 2016.

17     Q     Okay.  Are you currently married?

18     A     Married?

19     Q     Yes.

20     A     I am engaged to be married.

21     Q     Is -- who is your fiancé?

22     A     Ja'net Sheen.

1          A      Yes.

2          Q      How much sick leave do you think you

3    had taken as of -- in 2015 as of April 2?

4          A      I believe it was one week.  Only what

5    was needed.

6          Q      So you think you only took about a

7    week?

8          A      Yes.

9          Q      And how much leave did you request in

10   your -- that request on April 2, 2015?

11         A      In 2015, in April, my doctor told me

12   at that time that because I had had a heart

13   episode at that time, I had a heart attack.

14                And my doctor said that I was done.

15   And he put in a request for, what's it called?

16   To put me on -- to put me on FMLA.

17         Q      Okay.  When you said that your doctor

18   said quote, I was done, what did he mean by that?

19         A      Because of my heart condition and the

20   stress level, he said that -- that because of my

21   heart condition, he didn't think that I could --

22   that the job, I couldn't do the job anymore.

1              And with health, because of my health.

2        Q        Did you -- based on that advice, did

3    you apply for Social Security disability benefits

4    at that time?

5        A        No.  At that time I was still working.

6    I was still employed.

7        Q        Okay.  Do you recall your salary as of

8    2015?

9        A        No.

10       Q        Were you -- do you know whether you

11   were paid a salary?  Or whether you were paid by

12   the hour?

13       A        I guess I, in 2015 I was on salary.

14       Q        Okay.  Let's start with April 2, 2015.

15   After that date, do you recall when you used --

16   when was the first time after April 2 that you

17   used sick leave?

18       A        I don't recall the date.

19       Q        Okay.

20       A        But after the -- after he requested I

21   become on -- request FMLA, I believe I was on

22   sick leave at that time.

1      Q      Okay.  And did -- do you recall

2  whether you came back to work after that?

3      A      Yes.

4      Q      Okay.  Sorry, I lost my train of

5  thought.  When you -- just trying to get the time

6  line in my head correct.

7             So, April 2, you made the request.

8  When -- what were you told after you made that

9  request for sick leave?

10             Or were you told anything?

11      A      By whom?

12      Q      By anybody.  By anybody from the

13  District?

14      A      By someone -- I'm sorry, repeat the

15  question.

16      Q      Let me ask it this way.  Just forget

17  about that question.  Let me ask you a different

18  question.

19             Who did you make the request for FMLA

20  to?

21      A      Ms. Taylor Jones.

22      Q      And did Ms. Jones, what did she say

1    after you gave her the paperwork?

2         A    Well, I was out on sick leave at that

3    time.  So, my wife took the packets to Ms. Taylor

4    Jones.

5              And when she got to the facility, and

6    was asking for Ms. Jones, they said that she was

7    busy.  So, Captain Vineyard took my package to

8    Ms. Jones at that time.

9              Got the package from my -- my fiancé

10   and took it to Ms. Taylor Jones.  But before

11   then, my doctor faxed paperwork requesting Ms.

12   Taylor Jones via fax.

13             And she gave us the packet.  And I

14   took the packet to my doctor and he filled it

15   out.

16             My wife then took the packet, or the

17   request for FMLA to the facility, and gave it to

18   Captain Vineyard, who then took it to Ms. Taylor

19   Jones.

20        Q    Okay.  I want to back up just a

21   second.  You said that -- I'm sorry, you said

22   something about a fax that I didn't quite catch.

1      request that you needed to consider stepping down

2      and getting on SSDI?

3              A      Yes.

4              Q      Okay.  And then --

5              A      But I haven't --

6              Q      Yeah, just to be clear, you didn't

7      follow that advice the first time, right?

8              A      No.  Because I had children in

9      college.

10             Q      Right.

11             A      And at that time I was the sole

12     proprietor for my family.

13             Q      Okay.  I don't mean to be stalling.

14     I'm just scrolling through my outline here.

15     Going through it.

16             A      I understand.

17             Q      Can you tell me about your job

18     responsibilities as a Lieutenant in 2015?

19             A      At that time I was in charge of Zone

20     Three.  There was a Level Six -- I was assigned

21     to the day shift.

22                    My floor was Level Six.  I had all

1    approximately 1:02 p.m., I received an electronic

2    mail, email from classification and parole, and

3    points to CMP Office Eric, is it Tagne?

4         A     Um-hum.

5         Q     Mr. Tagne indicated that he received

6    numerous, and has 15 inmate grievances, stating

7    that he entered Southeast Two, Two.  And utilized

8    profane language while addressing the inmate

9    population.

10             Mr. Tagne admitted that he was not

11   present during the alleged exchange.  However,

12   some of the grievance forms stated that he

13   referred to the inmates as bitches and

14   motherfuckers.

15             During a brief interview you

16   acknowledged the use of those terms.  However,

17   you clarified that the terms were not directed at

18   any individual.

19        A     Right.  They was -- I was -- I didn't

20   direct that to any inmate.  Yes, I used the

21   language.

22             But, I didn't call any one inmate or

1              Was there any other discipline or

2        counseling or anything that you received other

3        than your termination?

4              So, let's say --

5        A     No.

6        Q     Okay.  And that's true from, I think

7        you said you started in 1990?

8        A     Um-hum.

9        Q     That's true from then?  Okay.  Prior

10       to April 2015, had you ever requested medical

11       leave?

12       A     Yes.

13       Q     And were any of your requests for

14       medical leave denied prior to April 2015?

15       A     Request for sick leave?  No.

16       Q     Okay.  I think the answer to this

17       question is no, but I just want to make sure.

18             After the termination in June 2015,

19       did you get any other employment?

20       A     No.

21       Q     I want to talk about, sort of the same

22       again, a little bit.  I want to talk about your

1    understanding of the Department of Correction's

2    leave policy.

3               So, I think we talked a little bit

4    about this.  And you said that you would have to

5    call in and notify DOC that you were sick.

6               How -- how far before your shift would

7    you have to call in?

8         A    The day before your shift.  If you

9    were sick -- if I was in the hospital, I called

10   in that day.

11              Sometimes I called in the day of my

12   shift if I was hospitalized, and told them that I

13   wasn't going to make it.

14        Q    Okay.  And just to be clear, you were

15   never disciplined on those days when you called

16   in the day of the shift, right?

17        A    No.

18        Q    Okay.  What is your understanding of

19   the Department of Correction's FMLA leave policy

20   in April 2015?

21        A    Rephrase the question.

22        Q    Sure.

1        A       What do you mean, what is my

2    understanding?

3        Q       Yeah.  So, I wanted to get at your

4    knowledge of it.  So, I can ask a series of

5    questions and try to get at that.  That might

6    make things easier.

7               What did you understand that you

8    needed to do in order to apply for FMLA?

9        A       It was an application.  I was

10    explained by Ms. Taylor Jones, there was an

11    application that you have to fill out, that your

12    doctor has to fill out to request FMLA, Family

13    Medical Leave Act.

14               Your doctor will have to explain why

15    it was necessary for you to be out on FMLA.  And

16    pro -- and give documentation to that fact.

17        Q       Okay.  This is sort of out of place.

18    I probably should have asked this earlier.

19               What was it about your job, or was it

20    -- let me ask this a different way.

21               Was there something specific about the

22    work that you were doing that made it so with

1    gave to Ms. Taylor Jones?

2         A    Yes.

3         Q    Okay.  And if you look at the second

4    page is says, I hereby request 640 hours of

5    medical leave because of a serious health

6    condition.  Right?

7         A    Yes.

8         Q    Was it your intention after this leave

9    was used up to then transition to SSDI?

10        A    Yes.

11        Q    Okay.  Underneath that box you had

12   checked -- underneath that box number 4 you had

13   checked a number of boxes.  Sick Leave, Annual

14   Leave, Leave Without Pay, Leave Bank Hours,

15   Voluntary Leave Transfer.  I kind of want to go

16   through these.

17             So, sick leave and annual leave, that

18   was leave that you had.  Do you know whether you

19   had 640 hours of sick leave at the time?

20        A    No.

21        Q    Okay.  And leave without pay means

22   leave without getting paid, right?

51

1         A     That's correct.

2         Q     All right.  The leave bank hours and

3    the voluntary leave transfers: let's talk about

4    those.  Do you know what the leave bank hours

5    were?

6         A     No.

7         Q     Okay.  If I told you that people can

8    donate their annual leave to a leave bank that

9    then other employees can use, would that sound

10   correct to you?

11        A     Yes.

12        Q     Okay.  And then voluntary leave

13   transfer is that what it sounds like, other

14   employees voluntarily transfer leave to you?

15        A     Yes.

16        Q     Okay.  Now I'm done with that.  Sorry

17   about that.

18              You said that you were in the hospital

19   and that was why Ja'net had to bring in the

20   paperwork for you?  Did she -- I'm sorry.  Other

21   than that communication, what other

22   communications did you have while you were out on

1        leave with DOC at that time, that time in April

2        2015?

3              A      I didn't.  I was on sick leave.

4              Q      Okay.  So, did you call in like when

5        you were in the hospital and say I'll be out this

6        many days or did you call in every day?

7              A      I called out.  You didn't have to call

8        in every day.  You called out and then you call

9        back in when you're returning.

10             Q      Okay.  All right.  I'm going to show

11       you what I've marked as Exhibit 3.

12             A      Okay.  Let me try to fix my -- while

13       I'm in here.  Can you hear me?

14             Q      Yes, I can.

15             A      Okay.

16             Q      All right.  So, this is what I've

17       marked previously as Exhibit 3 to your

18       deposition.

19                    (Whereupon, the above-referred to

20       document was marked as Exhibit No. 3 for

21       identification.)

22                    BY MR. FINKHOUSEN:

1    in the paperwork, right?

2            A       Yes.

3            Q       And we have already been over that.

4    In fact, your doctor told you that you needed to

5    stop working and transition to SSDI, correct?

6            A       Yes.

7            Q       And so what your doctor actually wrote

8    here, that wasn't his true opinion, right?

9            A       I don't understand what you're saying.

10           Q       So, he told you something, right,

11   which was that you were going to have to stop

12   working and then in this paperwork he implies

13   that that's not the case because this is a

14   temporary condition, that's right?

15           A       No.  He didn't say it was temporary.

16           Q       So, what do you think probable

17   duration of incapacity is three to six months,

18   what do you think that means?

19           A       That I would be under his care for

20   three to six months.  I left the institution June

21   18 because I wasn't feeling well and I went to

22   him and when I went to him he said, explained to

1      me that I should start the transition to

2      disability and that I will be -- during this time

3      I'll be under his care and at that time I will be

4      doing the paperwork for my transition to SSDI.

5             Q      Okay.  And you say that that meeting

6      happened sometime in June?

7             A      Yes.

8             Q      Okay.  And you recall your testimony

9      not too long ago where you said you had that same

10     conversation with your doctor prior to your April

11     2nd leave request, right?

12            A      Yes.

13            Q      Okay.  And so your testimony now is

14     that in June of 2015, your doctor told you that

15     you were going to be out, you know, permanently

16     and you needed to transition to SSDI.  And yet

17     this form is dated July 1st, 2015 in which your

18     doctor says that the probable duration of

19     incapacity is three to six months.  Right?

20            A      Yes.

21            Q      So, even though now you now changed

22     your testimony it hasn't solved the problem --

1    make sure that I was not disrespecting her and

2    that I wouldn't disrespect her in any way, shape,

3    or form.

4             And also, and let the officer know

5    that I was approachable and that I had, in no way

6    or form, was judgmental.

7        Q    Okay.  So did you ask -- how did you

8    -- you said you asked her how she identified, did

9    you ask her whether she was a fem or a dom?

10       A    I asked her for clarity based on the

11   training given to me by the D.C. Department of

12   Corrections.  I was trying to establish how she

13   identified to see if she was, in fact, being

14   targeted because of her preference.

15       Q    Okay.  But did you ask her if she was

16   a fem or a dom?

17       A    Yes.  I was asking her, and according

18   to the training, how did she identify and that's

19   the verbiage that I used.

20       Q    Okay.  I think it's the third

21   sentence, it says, "Lieutenant Murphy instructed

22   Officer Walker to conform to the way they do

1     your leave would have been paid out sometime

2     after that, is that right?

3            A      I'm sorry, repeat the question?

4            Q      After your termination, you would have

5     been paid out your annual leave that you had, if

6     you had any, sometime after your termination,

7     right?

8            A      Yes.

9            Q      Okay.  So this says, "Effective

10    today", meaning June 19, 2015, the date of this

11    letter, "you will be placed on administrative

12    leave during this notice period."  So would you

13    agree that between June 19th and July 10th that

14    you would not go to work?

15           A      At this time, I was still on sick

16    leave.

17           Q      Okay.  So that's a yes, that you

18    didn't go to work between June 19th and July

19    10th?

20           A      Right, I was on sick leave at the time

21    that I received this letter.

22           Q      Okay.  Now I want to scroll down to

1    discrimination that you faced was that there was

2    nothing to grant -- the DOC did not grant FMLA

3    leave?

4         A     I'm sorry?

5         Q     You're saying the discrimination that

6    you faced is that the District did not approve

7    your request for FMLA leave?

8         A     They didn't approve my FMLA and they

9    terminated me after my fiancee testified against

10   Major Pettiford, and the fact that I was

11   terminated on sick leave.

12        Q     Okay, so I just want to make sure I

13   have the whole list, okay?  You were

14   discriminated against under the ADA because they

15   did not grant your request for leave, because you

16   were terminated, because when you were

17   terminated, you were on sick leave, and because

18   your fiancee testified on June 23, 2015?

19        A     Yes, and I felt like they terminated

20   me as a retaliation to her testimony.

21        Q     Okay, and so she was testifying about

22   what?

1        A     Sexual harassment that was conducted

2    against her and other officers by Major

3    Pettiford.

4        Q     Okay, and she testified on June 23,

5    2015?

6        A     Yes, and he came to my house at 10:30

7    at night on June 24.

8        Q     Okay, how do you know that Ms. Sheen

9    testified on the 23rd?

10       A     She informed me that she was going to

11   do a deposition against Pettiford for sexual

12   harassment.  That's when I found out that she was

13   testifying against him, when she told me she had

14   to go through a deposition for sexual harassment

15   against him.

16            I didn't know that he was sexually

17   harassing her at the time that I was employed

18   there.  She didn't tell me for fear that I may

19   retaliate against him to protect her, so she

20   never told me that she was being targeted, I mean

21   that she was a witness for him in the sexual

22   harassment case.

1        A     It's also on the shift reports.

2        Q     What's a shift report?

3        A     The shift report is the report that a

4   captain gives each day when he assigns the

5   supervisors to work, assigns supervisors their

6   duties for the day.

7        Q     Okay, and the shift report would say

8   that as the Zone 3 lieutenant, you're in charge

9   of South Three, Southeast Three, Southwest Three,

10  North Three, Northeast Three, Northwest Three,

11  and the infirmary, right?

12       A     It would say that you're in charge of

13  your cell blocks.  The infirmary was usually

14  given to a Zone 4 supervisor because you would be

15  -- as the zone supervisor, you have to rotate and

16  be visible in those blocks all day.

17            Given the added block to the infirmary

18  takes you off the unit, takes you away from the

19  cell blocks.  You have to go to another part of

20  the jail to go to the infirmary leaving the cell

21  blocks unattended by a supervisor.

22       Q     Okay, okay, so you were -- let me make

1    sure I have this right.  You believe that you

2    were discriminated against because of your

3    request for leave was ignored, because you were

4    terminated, because when you were terminated, you

5    were on sick leave, and because of Ms. Sheen's

6    testimony on June 23, 2015, and because of you

7    were given overtime, but you were compensated

8    with comp time instead of time and a half, and

9    finally because of the assignment as the Zone 3

10   supervisor to include six cell blocks and the

11   infirmary.  Was there anything else that happened

12   to you that you believe was discriminatory?

13        A     While my fiancee was being harassed by

14   Major Pettiford, I had several strokes and I was

15   out on sick leave again because of the strokes.

16   When I came back, my doctor informed the

17   institution that I needed to be placed in a less

18   stressful environment, so Major Pettiford

19   assigned me to the transportation unit.

20             When I came back off of sick leave, I

21   was informed by Deputy Warden Harper after, and I

22   was told that my fiancee reported the sexual

1    harassment to Deputy Warden Harper.  In 2009, I

2    was taken off of transportation and assigned back

3    into the jail.

4              At this time, I didn't know that -- I

5    still was unaware that my fiancee was being

6    sexually harassed by Major Pettiford and she

7    wasn't adhering to his advances, and when she

8    reported it to Major Harper about his sexual

9    misconduct, he had me placed back into the jail

10   and back into Zone 3.

11             I was then placed in Southeast Three,

12   I believe.  I'm not really sure, and that's a

13   Level 6 institution.  I was also placed into a

14   unit where you had the Level 6 on one side and a

15   disciplinary unit which we used to call the hole

16   on the other side.

17             I was one of the only supervisors

18   assigned to that block at the time, only sergeant

19   assigned to that block, I'm sorry.

20        Q    Okay, so that happened when you -- all

21   of that, being assigned to the transportation

22   unit and then being assigned to Southeast Three,

1    because there's nothing that I did.  I wasn't

2    written up for anything.

3              My last written-up was a verbal

4    counseling for cussing at an inmate.  Twenty-five

5    years of corrections and you write up a

6    supervisor for cussing.  It was unheard of.

7              How would you write a supervisor up

8    for something that's been done at the jail on

9    every level.  On every level.  The executive

10   level down to the probationary officer used

11   profanity, but you write me up.

12             How many officers was written up for

13   sexual, for verbiage, for cussing at inmates?

14   I'm the only supervisor, only officer that I

15   know, that's ever been written up for cussing at

16   inmates.  At DC jail.

17             I've been a supervisor for years.

18   Never was I given a order to write up an officer

19   for cussing at inmates.  But I was given one.  A

20   reprimand.  A written verbal for cussing at

21   inmates.

22             Now that I'm on sick leave, you come

C E R T I F I C A T E

This is to certify that the foregoing transcript

Deposition of: Robert Murphy

In the matter of: Robert Murphy v DC

Before: US District Court

Date: 02-03-21

Place: teleconference

were duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings; and that I am neither counsel for, related to, nor employed by any of the parties to this action in which this deposition was taken; and further that I am not a relative nor an employee of any of the parties nor counsel employed by the parties, and I am not financially or otherwise interested in the outcome of the action.

------------------------
Court Reporter