```
     DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
                     CIVIL DIVISION

                        + + + + +

 _____
                               :
 IN THE MATTER OF:             :
                               :
 ROBERT MURPHY,                :
                               :
          Plaintiff,           :
                               :
     v.                        :  Civil Action No.
                               :  1:18-cv-1478 (JDB)
 DISTRICT OF COLUMBIA,         :
                               :
          Defendant.           :
                               :
 _____:
```

            Thursday,
            February 4, 2021

            Via Videoconference




DEPOSITION OF:


                    JA'NET SHEEN


called for examination by Counsel for the

Defendant, pursuant to Notice of Deposition, when

were present on behalf of the respective parties:

1  the depositions, is that I was afraid of, most of
2  us were afraid of losing our jobs. But the other
3  part, I was afraid of what they would do to
4  Murphy.
5        Q    Okay, so, the first time they
6  approached you was 2014?
7        A    Like, 2013.
8        Q    2013? Who's they?
9        A    Washington Lawyers Committee.
10       Q    When was the second time?
11       A    It was not too long after. I believe,
12 we had a, I don't know if those are all called
13 depositions, but they would bring us together, I
14 guess to gather information. But I know it's at
15 least two times. The last time, my last
16 deposition, was June 23, 2015, and the day after
17 is when they came to the house. June 24, 2015,
18 and terminated Murphy, 10:30 at night, and he was
19 on sick leave.
20       Q    Just give me one second. My cat is
21 going crazy.
22       A    That's okay.

```
1        Q    You said the last time you were
2   deposed was June 23, 2015?
3        A    Yes, sir.
4        Q    You're certain about that date?
5        A    It was either June 22 or June 23,
6   2015.
7        Q    You're certain that it was a day or
8   two before your, before Mr. Murphy was
9   terminated?
10       A    Yes, sir. I'm certain of that.
11       Q    Okay. I'm going to go ahead and join
12  with my other device here. Sorry, this will just
13  take a quick second.
14       A    That's okay.
15       Q    Okay, can you see this?
16       A    I see that document.
17       Q    I'm going to mark this document as
18  Exhibit 1 to your deposition.
19            (Whereupon, the above-referred to
20            document was marked as Exhibit No. 1
21            for identification.)
22       Q    This is a deposition transcript from
```

1    dates. Remember, we were back and forth with
2    depositions, or they would call us for
3    information. I wasn't, you know, clear about the
4    dates but I could tell you that I was deposed.
5         Q    Okay. So you were deposed on August
6    20, 2015, right?
7         A    Okay.
8         Q    And your husband was informed that he
9    was terminated, I don't know, a month before
10   that, right?
11        A    It was actually in June. Yes, sir.
12        Q    Okay. About two months before.
13        A    Right.
14        Q    You originally made, you mentioned
15   that you originally made a complaint to someone
16   at DOC, and I assume that was Orlando Harper. Is
17   that right?
18        A    Yes, sir.
19        Q    And that complaint you made in 2008 or
20   2009, that time frame?
21        A    Around 2008 was the first time I
22   actually wrote to Harper about the harassment

1     that I had received.

2     Q     What was the, I think you kind of
3     answered this, but I take it the substance of
4     that complaint was that, sorry. Are you still
5     there?

6     A     I'm here.

7     Q     Okay. The substance of that complaint
8     was the harassment that Major Pettiford was
9     threatening towards you?

10     A     Yes, sir.

11     Q     And you're not aware of anything that
12     happened after, that Mr. Harper did with your
13     complaint, right? In your mind nothing happened,
14     so he must not have done anything. Is that right?

15     A     That's correct.

16     Q     Did there come a time when you filed
17     a charge with the Equal Employment Opportunity
18     Commission, or the D.C. Office of Human Rights?

19     A     Not that I recall. I know that during
20     this time there were several investigations going
21     on against D.C. Corrections for sexual
22     harassment, and as new officers and female

1    officers to the institution, we were called
2    several times to go to internal affairs, you
3    know, for several depositions. Again, I don't
4    recall if those tied in some kind of way. I never
5    remember filing a charge with EEOC or human
6    rights.
7         Q    You said that you resigned, right? I
8    mean, you resigned under duress, I think is what
9    you said, but you weren't terminated? Is that
10   right?
11        A    Yes, sir. I resigned under duress.
12        Q    The other times that you talked to
13   somebody, when you put the other times that you
14   met with someone, were you meeting with attorneys
15   for the plaintiffs in the case against Mr.
16   Pettiford?
17        A    Yes. We were meeting with Washington
18   Lawyers Committee, we were meeting with the
19   attorneys for DC, as well as internal affairs,
20   because they were doing their own investigation.
21        Q    At your deposition in August of 2015,
22   was Mr. Pettiford there?

1      A     No. It was the attorneys.

2      Q     Okay. I need just a few minutes, but

3  we might be done. I'm going to take, like, a

4  five- or ten-minute break to read, and I'll be

5  back in a little bit. All right?

6      A     That's good.

7      Q     Thank you. Why don't we come back at

8  11:00? Okay.

9      A     Okay. Thank you.

10            (Whereupon the above-entitled matter

11  went off the record at 10:41 a.m. and resumed at

12  10:52 a.m.)

13            BY MR. FINKHOUSEN:

14     Q     Thanks for taking time for the break.

15  Ms. Sheen, do you understand that you're still

16  under the same oath that you took earlier?

17     A     Yes, sir.

18     Q     I'm going to show you a couple of

19  documents. The first is what will comprise

20  Exhibit 2 to your deposition. This was also

21  Exhibit 2 to Mr. Murphy's, too.

22            (Whereupon, the above-referred to

# C E R T I F I C A T E

This is to certify that the foregoing transcript

Deposition of: Ja'net Sheen

In the matter of: Robert Murphy v DC

Before: DC District Court

Date: 02-04-21

Place: teleconference

were duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings; and that I am neither counsel for, related to, nor employed by any of the parties to this action in which this deposition was taken; and further that I am not a relative nor an employee of any of the parties nor counsel employed by the parties, and I am not financially or otherwise interested in the outcome of the action.

Neal R Gross

-----------------------
Court Reporter