```
 1   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

 2                    COLUMBIA

 3   ---------------------------:
     LISA BROKENBOROUGH, et al.,   :
 4                                 :
                Plaintiffs,        :
 5                                 :
          vs.                     :Case No.
 6                                 :1:13-cv-1757 (TSC)
     DISTRICT OF COLUMBIA, et al.,:
 7                                 :
                Defendant.         :
 8   ---------------------------:

 9                  Washington, D.C.

10            Thursday, August 20, 2015

11   Deposition of:

12                  JA'NET SHEEN

13   called for oral examination by counsel for

14   Defendant, pursuant to notice, at Leftwich,

15   L.L.C., 1400 K Street, N.W., Suite 1000,

16   Washington, D.C., before Sheri C. Stewart, of

17   Superior Court Reporting Services, a Notary

18   Public in and for the District of Columbia,

19   beginning at 9:57 a.m., when were present on

20   behalf of the respective parties:

21

22
```