DCDC – 1
EOR # _____

## D.C. DEPARTMENT OF CORRECTIONS
### EMPLOYEE REPORT OF SIGNIFICANT INCIDENT/EXTRAORDINARY OCCURRENCES
(Type or Print)

**Institution:** <u>CENTRAL DETENTION FACILITY</u>   **Date:** 6/11/15

**Employee Name:** Angela Walker   **Title:** Officer

**Signature:** [signature]   **Supervisor:** LT. Murphy, R.

**Shift:** 2nd / 8:00 am   **Post:** Controle Module

**Type of Occurrence:** Significant Inc   **Location:** South 3

| Inmates Involved Name and DCDC | Staff Involved Name and Title | Witness Inmate and/or Staff |
|---|---|---|
|  | Robert Murphy Lieutenant |  |
|  | Bernard Bryan Sergeant |  |
|  | Angela Walker Officer |  |
|  |  |  |

**Complete detailed description of incident (if force was used, include events leading up to the use of force)**

On Thursday June 11th, 2015 at approximately 8:00a I was assigned to the South 3 control module. Sgt. Bryan was the OIC. Throughout the morning he raised his voice and appeared confrontational in his directives. He instructed me to disobey the sally port rule and open the control module while the two gate was open which I logged in the log book. He also was rude

DCDC – 1

EOR # _____

towards me when I informed him that the cpl on duty in visiting hall 2 told me that a Lieutenant or higher was to escort the inmate requested for a legal visit. He told me he was the OIC and to let him handle it. I was offended by the rude & disrespectful manner in which he talked to me. Following the chain of command I informed the Zone LT, Lieutenant Murphy when he entered the unit. At approximately 10:35 am I spoke with LT Murphy and began to explain to him my concerns about Sgt. Bryan. He asked me if Sgt. Bryan cursed at me and I told him no, but he did yell and was rude towards me in front of inmates. LT. Murphy then called Sgt. Bryan into the control module. Lt. Murphy told Sgt. Bryan that I said he was rude and disrespectful. Sgt. Bryan immediately began to explain that he wasn't being disrespectful and that everything he tells me to do I should do and log in the log book. LT. Murphy and Sgt. Bryan both began to tell me that I couldn't get in trouble for following what the OIC tells me as

DCDC - 1

EQR # _____

**Description of Incident (continued)**

long as I put it in the logbook. Seeing no resolution I said ok. Sgt Brygin then left the control module. LT. Murphy stayed in the control module and continued to speak with me. LT. Murphy told me that I was a correctional officer and that I would have to adapt to the environment. I told him that the disrespect and low morale of the department was intolerable. LT. Murphy told me welcome to the DC Department of Corrections and that that's how things are and I'd have to get use to it. I told him that I've met some positive people such as the Deputy Warden that I've talked to and I think wants to see a change. LT. Murphy then yelled "Fuck the Deputy Warden". He also stated he knew about his past in the Maryland system. I stated ok. LT. Murphy began to talk about the department and its employees more. He told me that cussing & disrespect was the norm. LT Murphy

DCDC – 1

EOR # _____

Description of Incident (continued)

Also told me listen to the message being conveyed when Sgt. Bryan yells and is rude towards me rather than the deliverance. I told LT. Murphy that I don't want to adapt to the environment and become angry and disgruntle as some of the senior employees. LT Murphy told me that in a year and a half I will be that way. LT Murphy then began to give scenarios in which he thinks I'd cuss and become angry at the department. In one of the scenarios, LT Murphy asked me if I got into an altercation at the jail, what would my significant other do. I informed him that they wouldn't be able to do anything. LT. Murphy then asked me another question. He said "I'm going to ask you a personal question, are you a dom or a femme"? I told him neither. Next he asked if I had a man. I told him no. Then LT.

DCDC - 1

EOR # _____

Description of Incident (continued)

Murphy asked if I had a significant other in the past. I said yes. LT Murphy then said that if something happened to me in the jail during an altercation, then that significant other from the past would have been upset and would do something about it. I simply agreed, not knowing how to address what he's asking. LT Murphy continued on talking about his personal life. I listened. Caught by surprise I didn't have much to say after he was done talking. LT Murphy then signed his paperwork, logged in the log book and exited the unit. I informed Sgt. Savoy of the occurrence, spoke with the major, Major Pettiford and Deputy Warden Johnson and a DCDC 1 was created.

DCDC-1
EOR#_____

**Actions Taken (In chronological order with times listed)**

- Disrespected by Sgt. Bryan
- Informed LT. Murphy and got his offensive response and questions
- Created DC 1 after talking with Sgt. Savoy, Major Bettford & Deputy Warden Jdn

**Descriptions of Weapons, if any. (Include photocopy if possible)**

N/A

**Describe injuries to staff or inmates and medical attention required (if any)**

N/A

**If force was used, describe type, (i.e. physical, chemical agent, baton, etc.)**

N/A