# GOVERNMENT OF THE DISTRICT OF COLUMBIA
# DEPARTMENT OF CORRECTIONS



**DOC**
THE DEPARTMENT
OF CORRECTIONS

## MEMORANDUM

**TO:** Thomas Faust
Director

**THROUGH:** Toni Perry
Deputy Director

William J. Smith
Warden

Lennard Johnson
Deputy Warden

**FROM:** Joseph N. Pettiford
Major

**DATE:** June 11, 2015

**SUBJECT:** Request for Termination

**REF:** Lieutenant Robert Murphy

---

This correspondence is generated to request the termination of Management supervisory Service (MSS) Employee, Lieutenant Robert Murphy for inappropriate behavior and conduct.

Specifically, on Thursday, June 11, 2015 at approximately 4:30 p.m., Sergeant Sherry Savoy informed me that she had been advised of some inappropriate behavior by a member of my Supervisory staff. According to Sergeant Savoy, Probationary Officer, Angela Walker told her that Lieutenant Robert Murphy said some things to her that she felt were inappropriate. Sergeant Savoy went on say that Lieutenant Murphy made inquiries to Officer Walker about her sexual preference. I instructed Sergeant Savoy to have Officer Walker report to the office. Officer Walker had departed for the day.

**CONFIDENTIAL**

However, I was able to contact her at home and have return to duty so that I could get an accurate of the alleged incident(s).

Upon Officer Walker's return, she began to explain how she called for her Zone Supervisor, Lieutenant Murphy, to lodge a complaint against her unit Sergeant, Bernard Bryan. Sergeant Bryan had given Officer Walker instructions to follow that were clearly against policy. While giving the instructions, Sergeant Bryan became loud and boisterous. In an effort to quell the situation, Officer Walker followed the Sergeant's instructions and logged in the unit logbook.

Upon Lieutenant Murphy's arrival, Officer Walker thought that she would receive the calming reassurance of someone in authority that this type of behavior was unacceptable and would be addressed immediately. Instead Lieutenant Murphy began to tell Officer Walker that the Sergeant's tone was acceptable and the violation of policy is "how we do business around her." Lieutenant Murphy instructed Officer Walker to conform to the way that they do business and "fuck" what the Deputy Warden says. Later into the conversation, Lieutenant Murphy asked Officer Walker if she was a "fem" or a "dom." Officer Walker took offense and terminated the conversation to the extent that she didn't say anything else.

Lieutenant Murphy's actions are unacceptable and counterproductive to the agency's Culture-Change Initiative. By instructing subordinate staff to conform to the way he and his cronies do business and disregard what the management staff has to say, Lieutenant Murphy has demonstrated that he will not serve as a 'change agent." Moreover, in keeping with the agency's "zero tolerance policy" towards sexual harassment, Lieutenant Murphy's comment about Officer Walker's sexual preference cannot go devoid of action.

It should be noted that Lieutenant Murphy received a Letter of Counseling on May 12, 2015 about Professionalism. That particular instance was directed toward the inmate population. However, it illustrates Lieutenant Murphy's unwillingness change this behavior and support the team's efforts in becoming a benchmark corrections agency. Therefore, I respectfully request that Lieutenant Murphy be terminated from his position as Supervisory Correctional Officer with the D.C. Department of Corrections.

CONFIDENTIAL

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS



MEMORANDUM

TO: Robert W. Murphy
Lieutenant

FROM: Joseph N. Pettiford
Major

DATE: May 12, 2015

SUBJECT: Letter of Counseling

RE: Inappropriate Behavior

---

In accordance with the District Personnel Manual (DPM) this constitutes an Official Letter of Counseling advising you about specific deficiencies regarding your assignment as the Zone Two (2) Supervisor. This action is based on your inappropriate behavior (use of profanity) towards the inmate population.

Specifically, on Friday, May 8, 2015 at approximately 1:02 p.m., I received an electronic mail (email) from Classification and Parole (C&P) Officer, Eric Tagne. Mr. Tagne indicated that he received numerous (15) Inmate Grievances stating that you entered Southeast Two (2) and utilized profane language while addressing the inmate population. Mr. Tagne admitted that he was not present during the alleged exchange. However, some of the grievance forms state that you referred to the inmates as "bitches and motherfuckers." During a brief interview, you acknowledged the use of those terms. However, you clarified that the terms were not directed at any individual.

CONFIDENTIAL

Robert W. Murphy
Letter of Counseling
May 12, 2015

As a Supervisory Correctional Officer (Lieutenant) and a veteran of this agency, you are expected to comport yourself in a professional manner at all times. You actions are not consistent with the Director's vision of becoming an benchmark agency by serving with Pride, Professionalism and Passion. You did not exercise due diligence.

Future violations of this nature will be dealt with in a more severe manner.

_Robert W. Murphy_      _May 12, 2015_
Employee's Name      Date

_Capt Vinyard_      _5-12-15_
Issuing Official      Date

_____      _____
Witnessed By      Date

C:   Employee Training Folder
     File

CONFIDENTIAL

DCDC – 1
EOR # _____

## D.C. DEPARTMENT OF CORRECTIONS
### EMPLOYEE REPORT OF SIGNIFICANT INCIDENT/EXTRAORDINARY OCCURRENCES
(Type or Print)

Institution: **CENTRAL DETENTION FACILITY**   Date: 6/11/15

Employee Name: Angela Walker   Title: Officer

Signature: [signature]

Supervisor: Lt. Murphy, R.

Shift: 2nd / 8:00 am   Post: Controle Module

Type of Occurrence: Significant Inc   Location: South 3

| Inmates Involved Name and DCDC | Staff Involved Name and Title | Witness Inmate and/or Staff |
|---|---|---|
| | Robert Murphy Lieutenant | |
| | Bernard Bryan Sergeant | |
| | Angela Walker Officer | |
| | | |

Complete detailed description of incident (if force was used, include events leading up to the use of force)

On Thursday June 11th, 2015 at approximately 8:00a I was assigned to the South 3 control module. Sgt. Bryan was the OIC. Throughout the morning he raised his voice and appeared confrontational in his directives. He instructed me to disobey the sally port rule and open the control module while the two gate was open which I logged in the log book. He also was rude

towards me when I informed him that the cpl on duty in visiting hall 2 told me that a Lieutenant or higher was to escort the inmate requested for a legal visit. He told me he was the OIC and to let him handle it. I was offended by the rude & disrespectful manner in which he talked to me. Following the chain of command I informed the Zone LT, Lieutenant Murphy when he entered the unit. At approximately 10:35 am I spoke with LT Murphy and began to explain to him my concerns about Sgt. Bryan. He asked me if Sgt. Bryan cursed at me and I told him no, but he did yell and was rude towards me in front of inmates. LT. Murphy then called Sgt. Bryan into the control module. Lt. Murphy told Sgt. Bryan that I said he was rude and disrespectful. Sgt. Bryan immediately began to explain that he wasn't being disrespectful and that everything he tells me to do I should do and log in the log book. LT. Murphy and Sgt. Bryan both began to tell me that I couldn't get in trouble for following what the OIC tells me as

CONFIDENTIAL

DCDC - 1

EQR # _____

Description of Incident (continued)

long as I put it in the logbook. Seeing no resolution I said ok. Sgt Brygin then left the control module. LT. Murphy stayed in the control module and continued to speak with me. LT. Murphy told me that I was a correctional officer and that I would have to adapt to the environment. I told him that the disrespect and low morale of the department was intolerable. LT. Murphy told me welcome to the DC Department of Corrections and that that's how things are and I'd have to get use to it. I told him that I've met some positive people such as the Deputy Warden that I've talked to and I think wants to see a change. LT. Murphy then yelled "Fuck the Deputy Warden". He also stated he knew about his past in the Maryland System. I stated ok. LT. Murphy began to talk about the department and its employees more. He told me that cussing & disrespect was the norm. LT. Murphy

CONFIDENTIAL

DCDC – 1

EOR # _____

Description of Incident (continued)

Also told me listen to the message being conveyed when Sgt. Bryan yells and is rude towards me rather than the deliverance. I told LT. Murphy that I don't want to adapt to the environment and become angry and disgruntle as some of the senior employees. LT Murphy told me that in a year and a half I will be that way. LT Murphy then began to give scenarios in which he thinks I'd cuss and become angry at the department. In one of the scenarios, LT Murphy asked me if I got into an altercation at the jail, what would my significant other do. I informed him that they wouldn't be able to do anything. LT. Murphy then asked me another question. He said "I'm going to ask you a personal question, are you a dom or a femme"? I told him neither. Next he asked if I had a man. I told him no. Then LT.

CONFIDENTIAL

DCDC - 1

EOR # _____

Description of Incident (continued)

Murphy asked if I had a significant other in the past. I said yes. LT Murphy then said that if something happened to me in the jail during an altercation, then that significant other from the past would have been upset and would do something about it. I simply agreed, not knowing how to address what he's asking. LT Murphy continued on talking about his personal life. I listened. Caught by surprise I didn't have much to say after he was done talking. LT Murphy then signed his paperwork, logged in the log book and exited the unit. I informed Sgt. Savoy of the occurrence, spoke with the major, Major Pettiford and Deputy Warden Johnson and a DCDC 1 was created.

**CONFIDENTIAL**

DCDC-1
EOR#_____

Actions Taken (In chronological order with times listed)
- Disrespected by Sgt. Bryan
- Informed LT. Murphy and got his offensive response and questions
- Created DC 1 after talking with Sgt. Savoy, Major Bashford & Deputy Warden Joh

Descriptions of Weapons, if any. (Include photocopy if possible)
N/A

Describe injuries to staff or inmates and medical attention required (if any)
N/A

If force was used, describe type, (i.e. physical, chemical agent, baton, etc.)
N/A

CONFIDENTIAL

DCDC – 1
EOR =

**D.C. DEPARTMENT OF CORRECTIONS**
**EMPLOYEE REPORT OF SIGNIFICANT INCIDENT/EXTRAORDINARY OCCURRENCES**
(Type or Print)

Institution: **CENTRAL DETENTION FACILITY**    Date: June 11, 2015

Employee Name: Sergeant Sherry L Savoy    Title: Lead Correctional Officer

Signature: [signature]    Supervisor: Joseph N. Pettiford

Shift: Two    Post: South Three

Type of Occurrence: Significant Incident Report    Location: Control Module

Time of Occurrence: 3:48 p.m.

| Inmates Involved Name and DCDC | Staff Involved Name and Title | Witness Inmate and/or Staff |
|---|---|---|
|  | Officer Angela Walker | Sergeant Sherry Savoy |
|  | Lieutenant Robert Murphy |  |
|  | Sergeant Bernard Bryan |  |
|  |  |  |

Complete detailed description of incident ( if force was used, include events leading up to the use of force)

On Thursday, June 11, 2015, at approximately 3:48 p.m., I was informed by Officer Angela Walker that Lieutenant Robert Murphy reported to South Three where she was assigned after she requested to speak with him. Upon his arrival into the unit, he entered the Control Modular, she commenced to tell him that Sergeant Bernard Bryant was continuously disrespecting her by yelling at her and speaking to her in a harsh manner. Officer Walker further explained that after she informed Lieutenant Murphy of this incident, Lieutenant Murphy did nothing about the situation, at hand, instead he asked her if she was a FEM or a DOM.

CONFIDENTIAL

DCDC – 1

EOR # _____

Description of Incident (continued)

According to Officer Walker, she was embarrassed, confused and ashamed by the actions of Lieutenant Murphy and his blatant disregard in addressing the issue. Officer Walker was undecided as to whether she should report the incident because of a prior incident she encounter with Lieutenant Sandra Griffin and her being singled out, not to mention the fact of being a new officer. Further, she stated that Lieutenant Murphy informed her that within a year or so she would be just like everyone else and that she should adapt to the situation now. I instructed Officer Walker to submit a DCDC Form 1. Notification of the incident was made in accordance with Program Statement 1280.2f though the Chain of Command and terminated at the level of Deputy Warden, Lennard Johnson.

CONFIDENTIAL

DCDC-1
EOR#_____

Actions Taken (In chronological order with times listed) At approximately 3:48pm, Officer Angela Walker reported to me that Lieutenant Robert Murphy asked her if she was a FEM or a DOM.

Notification was made to Joseph N. Pettiford.

Descriptions of Weapons, if any. (Include photocopy if possible): NONE.

Describe injuries to staff or inmates and medical attention required (if any  NONE.

If force was used, describe type, (i.e. physical, chemical agent, baton, etc.)  NONE.

CONFIDENTIAL

Huffington
Moody
Boduke

June 11, 2015

| Time | Entry |
|---|---|
| 5:15 | medications started / shift |
| 5:32 | Nurse bobbit on unit to speak w/ nurse hutson |
| 5:57 | medications completed |
| 5:58 | Corporal moody off unit enroute command |
| | Sgt Huffington off unit temporarily |
| 6:03 AM | Cpl. K Moody conducting the unit security check with the pipe. |
| 6:18 | Pvt. Noron picked up (3) three Walkie-talkie radios from SO-3 |
| 6:39 AM | Pvt Owusu made a unit security check |
| 7:02 AM | The Unit Nurse left for Infirmary |
| 7:16 AM | Ms Brown (C&P) entered the unit |
| 7:24 AM | Pipe security check was conducted by Pvt. Owusu |
| 7:50 | Officer Williams on post. |
| 7:52 | Sgt Bryant on post. |

Cpl Okpara

Shift #2   6.11.15   Sgt B. Bryan ofc Williams ofc Huffington

| | |
|---|---|
| 8:00 AM | Relieve #1 shift of all duty and equipment #2 shift Assume all duty unit count and security check Conduct area search |
| 8:17 am | Cpl Ray enters unit for distribution of canteen |
| 8:27 am | Adjustment board + case manager enter unit |
| *8:29 am | Sgt Bryan informed me ofc Walker to not abide by sally port principal and open the control module along with the two gates open |
| 8:30a | Security check conducted |
| 8:34a | Cpl Okpara exits unit for restroom & detail with sheet + towels + jumpsuits |
| 8:35 | Nurse enters unit & detail exits after dropping of sheets + towel |
| 8:39a | Nurse enters unit |
| 8:41a | Adjustment board + case manager exit unit |
| 8:42a | Cpl Okpara returns to unit |

| Time | Entry | Initials |
|---|---|---|
| 7:02a | Ms. Tyler [redacted] enters unit | AW |
| 9:04a | Sgt. Kinsey & Pvt. Hickman exit unit | AW |
| 9:05a | Security check conducted by Ms. Taylor | AW |
| 9:25a | Sgt. Bryan notified Murphy he needed assistance to send cell 1 to RdD | |
| 9:25a | Security Check Conducted | AW |
| 9:30a | Case manager enters unit | |
| 9:40a | Cpl Walker enters unit to get cell 1 for RdD | AW |
| 10:00a | Per Sgt. Bryan, daily inspection has not been completed due to lack of staff | AW |
| 10:15a | 5 inmates exit unit for outside rec | AW |
| 10:15a | Ofc Nginese enters unit for duty | AW |
| 10:23a | Sgt. Bryan exits unit with Wint, Davon 349755 ignoring authority that Wint is only to be escorted by a LT | AW |
| 10:25a | Lewis enters unit with sheets & jumpsuits | AW |
| 10:27a | Sgt Bryan returns to unit | AW |
| 10:34a | ACA enters unit with Cpl Robinson & Cpl Alexander | AW |
| 10:35a | LT Murphy enters unit | AW |
| 10:53a | Sgt. Bryan exits unit for lunch | AW |
| | Conducted unit inspection all appears to be in order. Nothing unusual to report | M [sig] |
| *11:20a | LT Murphy exits unit | |
| 11:22a | 5 inmates return to unit from outside rec | AW |
| 11:26a | Culinary officer enters unit with trays | |
| 11:27a | Sgt. Bryan returns from lunch | |
| 11:28a | Ofc Williams exits unit for lunch | |
| 11:30a | Called & spoke with culinary officer about the absence of milk & fruit for diet inmate | AW |
| 11:35a | Andrews with IT enters unit | AW |
| 11:43a | Andrews with IT exits unit | AW |

CONFIDENTIAL