UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MURPHY,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No. 18-1478 (JDB)

## ORDER

Upon consideration of [44] defendant's Motion for Summary Judgment, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that defendant's motion is granted as to plaintiff's FMLA and DCHRA retaliation claims; it is further

**ORDERED** that defendant's motion is denied without prejudice as to plaintiff's FMLA and DCFMLA interference claims and plaintiff's Title VII retaliation claim; it is further

**ORDERED** that the parties shall submit additional briefing discussing whether defendant is entitled to summary judgment on plaintiff's ADA failure-to-accommodate claim; it is further

**ORDERED** that the additional briefing shall be submitted in accordance with the following schedule:

1. Plaintiff shall file by not later than March 22, 2022, a memorandum that shall not exceed 10 pages, as well as any relevant supporting documents, explaining why the Court should not grant

1

defendant summary judgment on plaintiff's ADA failure-to-accommodate claim for the reason that plaintiff never requested a reasonable accommodation under the ADA;

2. Defendant shall file any memorandum, not to exceed 10 pages, and supporting documents in response by not later than April 5, 2022.

**SO ORDERED.**

/s/<br>
JOHN D. BATES<br>
United States District Judge

Dated:  March 2, 2022