# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MURPHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 18-cv-1478 (JDB) |

### DECLARATION OF ROBERT MURPHY

Pursuant to 28 USC §1746, I, Robert Murphy, hereby swear and affirm that the following is true and correct, under penalty of perjury:

1. Prior to April 2015, I became ill and learned that I had Stage 4 Kidney failure. Because of its effect on my health, along with other conditions I notified Major Joseph Pettiford.

2. I explained to Major Pettiford that my doctor asked me to request FMLA leave to help me in my recovery.

3. The Major directed me to meet with the Ms. Taylor Jones, the ADA Coordinator. I met with Ms. Jones and discussed my immediate health issues. That meeting lasted about an hour. During that time, she explained to me her own health issues – and comforted me. She spoke to me about short-term and long-term disability, FMLA Leave Act and me being assigned to a less stressful work environment due to my health conditions.

4. After our discussion, she gave me an FMLA packet, which I completed.

5. I returned to work in late April or May, 2015. Due to my request for a light duty post in April, I was temporarily reassigned to Transport under Captain Orlando Harper. I suffered a stroke on the job. Mr. Harper called the ambulance, and I was taken to Washington Hospital Center. Although I became ill and had stroke on the job, after returning to work Major Pettiford, despite knowing of my kidney condition and my stroke, assigned me back to the DC jail.

DATED: March 22, 2022

Signed: _____
Robert Murphy