


Standard Form 50
Rev 7/91
District of Columbia Government

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Harper, Orlando L | | | 08-17-2012 |

**FIRST ACTION** | **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 917 | Separation-MSS | 917 | Separation-MSS |
| 5-C. Code | 5-D. Legal Authority   NTE: | 6-C. Code | 6-D. Legal Authority |
| 154 | DC Code Sec 1-609.54 Management Supvy Service | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPERVISORY CORRECTIONAL OFFICER  PD: 006508   Position: 00042656 | |

| 8.Pay Plan | 9.Occ. CD | 10.Grd/Lvl | 11.Step/Rate | 12.Tot. Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. CD | 18.Grd/Lvl | 19.Step/Rate | 20.Tot. Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DS | 0006 | 13 | 0 | $81,581.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $81,581.00 | $0 | $81,581.00 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Corrections, Department of  Director's Office  Security  Security  Washington DC USA | |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1-None   3-10 Point/Disability   5-10 Point/Other  1   2-5 Point   4-10 Point/Compensable   6-10 Point/Compensable/30% | 0-None   2-Conditional  1-Permanent   3-Indefinite | | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| N4   Basic + Option B (5x) + Option C (1x) | 9   Not Applicable | 6   Special Rate |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| B   Defn Contrib Law Enforce 5.5% | 11-25-1984 | F   Full Time | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Union Code / Barg Unit |
|---|---|---|---|
| | E-Exempt  N   N-Nonexempt | | MSS / CH11 |

| 38. Employee Class | 39. Other Benefits | | |
|---|---|---|---|
| Continuing - CA SOAR | DCB: | | |

| 40. EMPL ID/R CD | 41. DRBCD | 42. DEPT ID | 43. Location ID | 44. Date Processed |
|---|---|---|---|---|
| | | | | 08-10-2012 |

Address:

45. Remarks
- Forwarding address: Same as above.
- Lump-sum payment for any annual leave may be due.
- "Employee is entitled to $15,688 of severance pay to be paid at a rate of $1,568.80 for 10 weeks."

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| District Of Columbia Govt  Corrections, Department of | |
| 47. Agency Code   48. Personnel Office ID   49. Approval Date | |
| DCGFL | |

- 1 -   Employee Copy

CONFIDENTIAL