```
                U.S. DISTRICT COURT FOR
                 THE DISTRICT OF COLUMBIA

                      + + + + +
```

_____
                                    :
**IN THE MATTER OF:**               :
                                    :
**ROBERT MURPHY,**                  :
                                    :
           **Plaintiff**            :
                                    :
    v.                              : Civil Action No.
                                    : 1:18-cv-1478 (JDB)
**DISTRICT OF COLUMBIA,**           :
                                    :
           **Defendant**            :
                                    :
_____:

                    Wednesday,
                    February 3, 2021

                    Via Videoconference


**DEPOSITION OF:**


                    **ROBERT MURPHY**


called for examination by Counsel for the

Defendant, pursuant to Notice of Subpoena, when

were present on behalf of the respective parties:

1           A     Yes.

2           Q     How much sick leave do you think you

3     had taken as of -- in 2015 as of April 2?

4           A     I believe it was one week.  Only what

5     was needed.

6           Q     So you think you only took about a

7     week?

8           A     Yes.

9           Q     And how much leave did you request in

10    your -- that request on April 2, 2015?

11          A     In 2015, in April, my doctor told me

12    at that time that because I had had a heart

13    episode at that time, I had a heart attack.

14                And my doctor said that I was done.

15    And he put in a request for, what's it called?

16    To put me on -- to put me on FMLA.

17          Q     Okay.  When you said that your doctor

18    said quote, I was done, what did he mean by that?

19          A     Because of my heart condition and the

20    stress level, he said that -- that because of my

21    heart condition, he didn't think that I could --

22    that the job, I couldn't do the job anymore.